HONORABLE ROBERT M. LEVY  
UNITED STATES MAGISTRATE JUDGE  
DOCKET NO. 02 CV 4468 (SJ)(RML)

TIME: 9:30 a.m.  
DATE: July 27, 2004  
CASE: Diaz v. NYC

___ INITIAL CONFERENCE  
___ SETTLEMENT CONFERENCE  
_X_ FINAL/PRE-TRIAL CONFERENCE

___ DISCOVERY CONFERENCE  
___ OTHER/STATUS CONFERENCE  
___ TELEPHONE CONFERENCE

**FOR MAGISTRATE USE ONLY:**

NON DISPOSITIVE MOTION  
____ ORDER ONLY

NON DISPOSITIVE MOTION  
____ OPINION (ORAL/WRITTEN)

START TIME: _____ END TIME: _____ TOT: ___15 ___30 ___60 OTHER: _____

APPEARANCES:

FOR PLAINTIFF: Jon Norinsberg    TELEPHONE # (212) 791-5396  
FOR DEFENDANT: City of N.Y. Vikrant Pawar   TELEPHONE # 212-788-0775  
FOR DEFENDANT: _____   TELEPHONE # _____  
FOR DEFENDANT: _____   TELEPHONE # _____  
FOR DEFENDANT: _____   TELEPHONE # _____

___ CONSENT TO ELECTRONIC CASE FILING/OBJECTIONS BY _____  
_X_ DISCOVERY TO BE COMPLETED BY Oct. 6, 2004  
_X_ NEXT CONFERENCE SCHEDULED FOR Oct. 6, 2004 @ 12:00 noon.  
___ PRE-TRIAL ORDER TO BE SUBMITTED TO CLERK'S OFFICE BY

PLAINTIFF _____    DEFENDANT _____

THE FOLLOWING RULINGS WERE MADE: **PLEASE TYPE THE FOLLOWING ON THE DOCKET SHEET.**

Parties attempting settlement negotiations. If case does not settle within 30 days, parties will continue with discovery.