**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - -x
Aida Diaz

            **plaintiffs**
     V.S.                               **Order of Discontinuance**
                                         02-cv-04468-SJ-RML

City of New York et al

            **defendants**
- - - - - - - - - - - - - - - - - - - -x

**JOHNSON, D.J.**

The Court having been advised that this action has been settled,

Therefore, it is ORDERED and ADJUDGED that this action is discontinued without cost and without prejudice to the right to reopen the action if the settlement is not consummated.

            **SO ORDERED**

**DATED:**    Brooklyn, New York
               October 15, 2004

                                                  **STERLING JOHNSON, JR., U.S.D.J.**